In re Linda L. KING, Debtor.

Linda L. King, Plaintiff–Appellant,

v.

Irving Evans; Garnet Evans, Defendants–Appellees,

and

Ellen W. Cosby, Trustee.

No. 01–1492.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 25, 2001.

Linda L. King, pro se.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Linda L. King appeals from the district court's orders dismissing her appeal from the bankruptcy court's order for failure to comply with Fed. R. Bankr.P. 8009(a), and denying her motion for reconsideration.

We have reviewed the record and the district court's orders and find no reversible error and no abuse of discretion. *See* Fed. R. Bankr.P. 8001(a); *In re Serra Builders, Inc.,* 970 F.2d 1309, 1311 (4th Cir.1992). Accordingly, we affirm on the reasoning of the district court. *King v. Evans,* Nos. CA–01–33; CA–01–34; BK–00–2078–5–JS (D. Md. Mar. 16, 2001 & Mar. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*